PETER J. SALMON (SBN 174386)
CHRISTOPHER L. PETERSON (SBN 215069)
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17935
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385
E-Mail: cpeterson@piteduncan.com

Attorneys for Defendants CITIMORTGAGE, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| Glenn W. Bever,<br><br>Plaintiff,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORP.; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;,<br><br>Defendants. | Case No. 1:11-CV-01584-AWI-SKO<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED (FRCP 12(b)(6))**<br><br>Date:      November 14, 2011<br>Time:      1:30 p.m.<br>Courtroom: 2, 8th Floor<br><br>Complaint Filed:     September 20, 2011<br>Trial Date: |
|---|---|

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 14, 2011 at 1:30 p.m. in Courtroom 2, 8th Floor, or as soon thereafter as the matter may be heard in the above-entitled court, located at U.S. District Court, 2500 Tulare Street, Fresno, CA 93721, Defendants CITIMORTGAGE, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. will move the court to dismiss the action pursuant to FRCP 12(b)(6) because Plaintiff's complaint fails to state a claim upon which relief can be granted on the grounds discussed below. Alternatively, if the Court does not dismiss the entire action, CITIMORTGAGE, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. will move this Court to dismiss the following Causes of Action:

   1.   The first cause of action for Quiet Title fails to state a claim upon which relief can

be granted on the grounds that it is based on conclusory language. If the Court deems the causes of action to be a cognizable legal theory, the cause of action states insufficient facts under a legal cognizable theory. The cause of action is also precluded based on the actual documents that are referenced in the pleadings. Finally, Plaintiff fails to adequately allege a willingness and/or an ability to tender the amount owed.

      2.     The third cause of action for REPSA (12 U.S.C. §2605 et seq.) fails to state a claim upon which relief can be granted on the grounds that it is based on conclusory language. If the Court deems the causes of action to be a cognizable legal theory, the cause of action states insufficient facts under a legal cognizable theory. The cause of action is also precluded based on the actual documents that are referenced in the pleadings. Finally, Plaintiff fails to adequately allege a willingness and/or an ability to tender the amount owed.

      3.     The fourth cause of action for Unjust Enrichment fails to state a claim upon which relief can be granted on the grounds that it is based on conclusory language. If the Court deems the causes of action to be a cognizable legal theory, the cause of action states insufficient facts under a legal cognizable theory. The cause of action is also precluded based on the actual documents that are referenced in the pleadings. Finally, Plaintiff fails to adequately allege a willingness and/or an ability to tender the amount owed.

      4.     The fifth cause of action for Fraud and Injurious Falsehood fails to state a claim upon which relief can be granted on the grounds that it is based on conclusory language. If the Court deems the causes of action to be a cognizable legal theory, the cause of action states insufficient facts under a legal cognizable theory. The cause of action is also precluded based on the actual documents that are referenced in the pleadings. Finally, Plaintiff fails to adequately allege a willingness and/or an ability to tender the amount owed.

///
///
///
///
///

1 | The motion will be based on this Notice of Motion and Motion, the memorandum of points and authorities filed herewith, the Request for Judicial Notice filed herewith and the pleadings and papers filed herein.

Dated: October 12, 2011

PITE DUNCAN, LLP

*s/Christopher L. Peterson*
CHRISTOPHER L. PETERSON
Attorneys for Defendants CITIMORTGAGE, INC. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.