WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Bever, Glenn/Declaration of Non-Monetary Status)*
Tel. (949) 477-5050; Fax (949) 477-9200
rwright@wrightlegal.net

Attorneys for Defendant,
CAL-WESTERN RECONVEYANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Glenn W. Bever,<br><br>  Plaintiff,<br>vs.<br><br>CAL-WETERN RECONVEYANCE CORP.;<br><br>CITIMORTGAGE, INC.;<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;<br><br>  Defendants. | Case No.: 1:11CV01584<br><br>**DECLARATION OF NON-MONETARY STATUS BY DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION**<br><br>*[Civil Code 2924l]* |

I, Yvonne J. Wheeler, declare and state as follows:

1. I am Asst. Vice President for Defendant, Cal-Western Reconveyance Corp., ("Cal-Western" or "Defendant") in the above-referenced

-1-

DECLARATION OF NON-MONETARY STATUS

1  action. I have personal knowledge of the facts set forth herein, and if called
2  upon to do so, I would and could competently testify thereto.
3      2.    On September 20, 2011, Plaintiff, Glenn Bever ("Plaintiff"), filed a
4  Complaint ("Complaint") in the United States District Court, Eastern District, to
5  Quiet Title; FDCPA (15 U.S.C. § 1692 et seq.); RESPA (12 U.S.C. § 2605 et
6  seq.); and Unjust Enrichment, Fraud and Injurious Falsehood. The Complaint
7  arises out of a loan involving the borrower and the lender. Cal-Western is
8  simply the foreclosure trustee ("Trustee"), with the power to foreclose on the
9  property that arises from the Deed of Trust securing the loan.
10     3.    Based on my review of Plaintiff's Complaint, it is my reasonable
11 belief that Cal-Western has been named in this action solely in its capacity as
12 Trustee, and not arising out of any wrongful acts or omissions on its part in the
13 performance of its duties as Trustee. The basis for my reasonable knowledge or
14 belief set forth above is that Cal-Western has not been involved in any way with
15 the property which is the subject of this lawsuit outside of its capacity as
16 Trustee, and has no interest in the property, except to be named as the Trustee
17 under the deed of trust encumbering the property by way of Substitution of
18 Trustee. A true and correct copy of the recorded Substitution of Trustee with
19 mailing affidavit in compliance with *Civil Code* §2934a(b) is attached hereto as
20 Exhibit "A." The trustee's conduct, including the recording of the substitution
21 of trustee and foreclosure notices, is *privileged* pursuant to *Civil Code* §§47 and
22 2924(d).
23     4.    I am not aware of any evidence produced to date by Plaintiff or the
24 remaining Defendants, or of any facts, documents, or testimony tending to
25 suggest that Cal-Western engaged in any misconduct in connection with the
26 performance of its duties as Trustee. Pursuant to *Civil Code* §2924(b) the
27 foreclosure trustee incurs no liability for reliance in good faith on information
28 provided in good faith by the beneficiary regarding the nature and amount of the

default under the secured obligation. Foreclosure trustees are not required to verify that the lender holds the original note. Further, pursuant to *Civil Code* §2924(b), foreclosure trustees are not subject to the California Rosenthal Act. CWR as foreclosure trustee, it is not acting a debt collector as defined in the FDCPA and RFDCPA.[1]

5. The Complaint makes no credible allegations that Cal-Western failed to perform any of its duties as a Trustee, and a review of Cal-Western's file confirms that Cal Western complied with the applicable foreclosure statutes. A true and correct copy of the recorded Notice of Default is attached hereto as Exhibit "B." None of the remaining Defendants filed a Cross-Complaint against Cal-Western alleging any defect in the performance of its duties as trustee, either under the Deed of Trust, or the applicable statutes set forth in *Civil Code* §2924, et seq.

6. Given the foregoing facts, Cal-Western hereby agrees to be bound by whatever non-monetary Order or Judgment that this Court issues with regard to the Deed of Trust which is the subject of this lawsuit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th day of October, 2011, at El Cajon, California.

_____
Yvonne J. Wheeler, Declarant

---

[1] *Hulse v. Ocwen Fed. Bank, FSB* 195 F. Supp. 2d 1188, 1204 (2002).

DECLARATION OF NON-MONETARY STATUS

# EXHIBIT "A"

RECORDING REQUESTED BY:

First American Title

AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004

*1328013-15*    *SUBXR*
550 3633-CS

FRESNO County Recorder
Paul Dictos, C.P.A.
**DOC- 2011-0085352**
Check Number 128785
Tuesday, JUN 28, 2011 09:21:31
Ttl Pd   $21.00        Nbr-0003462931
                       RGR/R4/1-2

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# SUBSTITUTION OF TRUSTEE

T.S. NO.:1328013-15    MERS ID: 100183300000068305

WHEREAS, GLENN W. BEVER AND KAREN L. BEVER, HUSBAND AND WIFE AS JOINT TENANTS was the original Trustor, CARRIAGE ESCROW INC., A CALIFORNIA CORPORATION was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR FIRST PACIFIC FINANCIAL, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS was the original Beneficiary under that certain Deed of Trust dated June 04, 2003 and recorded on June 20, 2003 as Instrument No. 2003-0141929, in book XX, page XX of Official Records of FRESNO County, California, and

WHEREAS, the undersigned is present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of present Trustee thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned hereby substitutes, CAL-WESTERN RECONVEYANCE CORPORATION a California Corporation whose address is 525 EAST MAIN STREET, P.O. BOX 22004, EL CAJON CA 92022-9004 as Trustee under said Deed of Trust. Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated:06/  /11                          CITIMORTGAGE, INC.

                                        Jason Jenkins, Assistant Vice President

State of Missouri
County of St. Charles

On June __, 2011, before me, Amy L. Meyer, a Notary Public, personally appeared Jason Jenkins, Assistant Vice President, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of SAID State that the foregoing paragraph is true and correct.                (Seal)

WITNESS my hand and official seal

Signature  Amy L. Meyer

AMY L. MEYER
Notary Public - Notary Seal
State of Missouri
Lincoln County
Commission # 10985099
My Commission Expires June 15, 2014

SUBCA.DOC                                                                              Page 1 of 1



# CAL-WESTERN RECONVEYANCE CORPORATION

T.S NO. 1328013-15

LOAN NO. 0349

## AFFIDAVIT OF MAILING SUBSTITUTION OF TRUSTEE
### PURSUANT TO CALIFORNIA CIVIL CODE §2934a

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY:

A COPY OF THE SUBSTITUTION OF TRUSTEE HAS BEEN MAILED, PRIOR TO OR CONCURRENTLY WITH THE RECORDING THEREOF, IN THE MANNER PROVIDED IN SECTION 2934a OF THE CIVIL CODE OF CALIFORNIA, TO ALL PERSONS TO WHOM A COPY OF THE NOTICE OF DEFAULT WOULD BE REQUIRED TO BE MAILED BY THE PROVISIONS OF SUCH SECTION.

Dated: 6/22/2011

_____
Christine L. Stinson

State of California
County of San Diego

On JUN 2 2 2011 before me, Rosalyn Hall, a Notary Public, personally appeared Christine L. Stinson, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
(Seal)

Signature _____

ROSALYN HALL
COMM. #1793727
Notary Public - California
San Diego County
My Comm. Expires Mar. 16, 2012

ASUB.DOC                                                                                                                Rev. 10/02/09

Cal-Western Reconveyance Corporation
525 East Main Street, El Cajon, California 92020 •P.O. Box 22004, El Cajon, California 92022-9004
TEL: (619) 590-9200 •FAX: (619) 590-9299 • Website: www.cwrc.com

2

# AFFIDAVIT OF MAILING

REF: 1328013-15        STATE: CA

STATE OF CALIFORNIA        }
                          }SS
COUNTY OF SAN DIEGO        }

I, _____ Brendan McMullen _____ being duly sworn, depose and say:

I am and at all times herein mentioned a citizen of the United States, over the age of eighteen years and a resident of San Diego County, California:

That at the request of CAL-WESTERN RECONVEYANCE CORPORATION on June 22, 2011, I deposited in the United States mail a copy of the attached document, in separate sealed envelopes, Certified Mail, postage prepaid, to the address list on exhibit A, attached hereto and made a part hereof.

_____
Affiant

RECORDING REQUESTED BY:

AND WHEN RECORDED MAIL TO:

CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON CA 92022-9004

*1328013-15*     *SUBXR*

_____SPACE ABOVE THIS LINE FOR RECORDER'S USE_____

# SUBSTITUTION OF TRUSTEE

T.S. NO.:1328013-15    MERS ID: 100183300000068305

WHEREAS, GLENN W. BEVER AND KAREN L. BEVER, HUSBAND AND WIFE AS JOINT TENANTS
was the original Trustor, CARRIAGE ESCROW INC., A CALIFORNIA CORPORATION was the original Trustee, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR FIRST PACIFIC FINANCIAL, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS was the original Beneficiary under that certain Deed of Trust dated June 04, 2003 and recorded on June 20, 2003 as Instrument No. 2003-0141929, in book XX, page XX of Official Records of FRESNO County, California, and

WHEREAS, the undersigned is present Beneficiary under said Deed of Trust, and WHEREAS, the undersigned desires to substitute a new Trustee under said Deed of Trust in the place and stead of present Trustee thereunder, in the manner in said Deed of Trust provided.

NOW, THEREFORE, the undersigned hereby substitutes, CAL-WESTERN RECONVEYANCE CORPORATION a California Corporation whose address is 525 EAST MAIN STREET, P.O. BOX 22004, EL CAJON CA 92022-9004 as Trustee under said Deed of Trust. Whenever the context hereof so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural.

Dated:06/  /11                                      CITIMORTGAGE, INC.

                                                    _____
                                                    Jason Jenkins, Assistant Vice President

State of Missouri
County of St. Charles

On June  1 , 2011, before me, __Amy L. Meyer_____, a Notary Public, personally appeared Jason Jenkins, Assistant Vice President, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of SAID State that the foregoing paragraph is true and correct.                                   (Seal)

WITNESS my hand and official seal
Signature _____

AMY L. MEYER
Notary Public - Notary Seal
State of Missouri
Lincoln County
Commission # 10985099
My Commission Expires June 15, 2014

SUBCA.DOC                                                                               Page 1 of 1

|  | Sender: | CalWestern Reconveyance<br>525 E Main<br>El Cajon CA 92020 | | |
|---|---|---|---|---|
| Postal Class: | Certified | | | |
| Type of Mailing: | SUB-BY-CODE MAILING | | | |
| Affidavit Attachment: 1785580-01 000 10621351 CWR | | | | |

| Postal Number | Sequence | Recipient Name | Address Line 1/3 | Address Line 2/4 |
|---|---|---|---|---|
| 71969002484008723394 | 1 | GLENN W BEVER | 466 W TENAYA AVE | CLOVIS  CA  93612 |
| 71969002484008723400 | 2 | KAREN L BEVER | 466 W TENAYA AVE | CLOVIS  CA  93612 |
| 71969002484008723417 | 4 | GLENN W BEVER | 466 WEST TENAYA AVENUE | CLOVIS  CA  93612 |
| 71969002484008723424 | 5 | KAREN L BEVER | 466 WEST TENAYA AVENUE | CLOVIS  CA  93612 |
| 71969002484008723431 | 6 | MERS, INC. | P.O. BOX 2026 | FLINT  MI  48501-2026 |
| 71969002484008723448 | 7 | CITIMORTGAGE, INC. | 1000 TECHNOLOGY DRIVE | O'FALLON  MO  63368-2240 |
| 71969002484008723455 | 8 | CARRIAGE ESCROW INC. | C/O FIRST PACIFIC FINANCIAL, INC.<br>SANTA ANA  CA  92707 | 4 HUTTON CENTRE DRIVE, SUITE 500 |
| 71969002484008723462 | 9 | CITIBANK N.A. | 3900 PARADISE ROAD STE 127 | LAS VEGAS  NV  89109 |
| 71969002484008723479 | 10 | CITIBANK N.A. C/O NATIONWIDE APPRAISAL | SERVICES CORP<br>WASHINGTON  PA  15301 | 95 WEST BEAU ST. |
| 71969002484008723486 | 11 | CITIBANK N.A. | C/O DILIP YADAV<br>ST LOUIS  MO  63179 | PO BOX 790017 MS 221 |
| 71969002484008723493 | 12 | GLENN W BEVER (AS TRUSTEE) C/O GLENN W B | KAREN L BEVER<br>CLOVIS  CA  93612 | 466 W TENAYA AVE |
| 71969002484008723509 | 13 | KAREN L BEVER (AS TRUSTEE) C/O GLENN W B | KAREN L BEVER<br>CLOVIS  CA  93612 | 466 W TENAYA AVE |
| 71969002484008723516 | 14 | GLENN W BEVER (AS TRUSTEE) | 466 W TENAYA | CLOVIS  CA  93612 |

71969002484008723523
15    KAREN L BEVER (AS TRUSTEE)                 466 W TENAYA                          CLOVIS CA 93612

2

Recording Requested By DPS
When Recorded Mail To

Cal-Western Reconveyance Corp.
P.O. Box 22004
525 East Main Street
El Cajon CA 92022-9004

*1328013-15*   *NODXR*

FRESNO County Recorder
Paul Dictos, C.P.A.
**DOC- 2011-0074829**
Check Number  126102
Friday, JUN 03, 2011 14:58:17
Ttl Pd   $21.00      Nbr-0003449260
                     APR/R1/1-2

Trustee Sale No. 1328013-15
APN: 410-430-16                                    Space Above This Line For Recorder's Use
Ref: BEVER, GLENN
Property Address: 466 WEST TENAYA AVENUE, CLOVIS CA 93612

# NOTICE OF DEFAULT

## IMPORTANT NOTICE

**IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION,** and you may have legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date this notice of default may be recorded (which date of recordation appears on this notice). This amount is $6,862.60 as of June 03, 2011, and will increase until your account becomes current. While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:
CITIMORTGAGE, INC.

C/O CAL-WESTERN RECONVEYANCE CORPORATION
525 EAST MAIN STREET
P.O. BOX 22004
EL CAJON          9004 CA 92022-9004
(619)590-9200

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

NODCA

# EXHIBIT "B"

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure. Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

---

### NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

NOTICE IS HEREBY GIVEN:

CAL-WESTERN RECONVEYANCE CORPORATION is either the original trustee, the duly appointed substituted trustee, or acting as agent for the trustee or beneficiary under a deed of trust dated June 04, 2003 executed by

GLENN W. BEVER AND KAREN L. BEVER, HUSBAND AND WIFE AS JOINT TENANTS as trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., ("MERS") AS NOMINEE FOR FIRST PACIFIC FINANCIAL, INC., A CALIFORNIA CORPORATION, ITS SUCCESSORS AND ASSIGNS as beneficiary, recorded as document 2003-0141929 on June 20, 2003 in book XX page XX official records in the office of County Recorder of FRESNO County, California, describing land therein as:

COMPLETELY DESCRIBED IN SAID DEED OF TRUST,

said obligations including a promissory note for the principal sum of $211,850.00.
That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

Failure to pay the monthly payment due February 1, 2011 of principal and interest and subsequent installments due thereafter; plus late charges; together with all subsequent sums advanced by beneficiary pursuant to the terms and conditions of said deed of trust.

That by reason thereof the present beneficiary under such Deed of Trust has deposited with said trustee such Deed of Trust and all documents evidencing obligations secured thereby and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

The mortgagee, beneficiary or authorized agent for the mortgagee or beneficiary pursuant to California Civil Code § 2923.5(b) declares that the mortgagee, beneficiary or the mortgagee's or beneficiary's authorized agent has either contacted the borrower or tried with due diligence to contact the borrower as required by California Civil Code 2923.5.

T.S. 1328013-15
Dated:      June 03, 2011            CAL-WESTERN RECONVEYANCE CORPORATION

Signature By _____
Authorize Agent ben torres

NODCA

# PROOF OF SERVICE

I, Tina Flores, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On October 14, 2011, I served the within **DECLARATION OF NON-MONETARY STATUS BY DEFENDANT CAL-WESTERN RECONVEYANCE CORPORATION** on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**Glenn W. Bever**
466 West Tenaya Avenue
Clovis, CA 93612
(559) 438-7667
*Pro Se*

[X]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Executed on October 14, 2011, at Newport Beach, California.

_____
Tina Flores