IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CAL-WESTERN RECONVEYANCE ) <br> CORP.; CITIMORTGAGE, INC.; ) <br> MORTGAGE ELECTRONIC ) <br> REGISTRATION SYSTEMS, INC. ) <br> ) <br> Defendants. ) <br> _____ ) | 1:11-CV- 1584 AWI SKO <br><br> ORDER VACATING <br> NOVEMBER 14, 2011 <br> HEARING |

**BACKGROUND**

On October 12 Defendants CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc. filed a motion to dismiss this action.  The motion was set for hearing to be held on November 14, 2011.  Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than October 31, 2011.  Plaintiff failed to do so.

On October 19, 2011, Plaintiff filed a renewed motion for a temporary restraining order. On October 26, 2011, the court granted Plaintiff's motion for a temporary restraining order and restrained Defendants from proceeding with a Trustee Sale.  The court ordered Defendants to file an opposition to Plaintiff's request for preliminary injunction on or by 3:00 p.m. on November 1, 2011.  The court set the hearing on the motion for a preliminary injunction for November 14, 2011.   No Defendant has filed any opposition to the request for a preliminary injunction.   On November 1, 2011, Defendant CitiMortgage, Inc. filed a request for judicial

notice in support of an opposition to Plaintiff's motion for a preliminary injunction.  This document contains only a brief declaration, followed by various service documents.

Because no party filed an opposition to the pending motions, no party is entitled to be heard at oral argument.  See Local Rule 230(c).  The court has reviewed the pending motions, and has determined that they are suitable for decision without oral argument.  See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of November 14, 2011,  is VACATED, and no party shall appear at that time.  As of November 14, 2011,  the court will take Defendants' motion to dismiss under submission and will thereafter issue a decision.   As of today's date, the court will take the request for a preliminary injunction under submission and will thereafter issue a decision.

IT IS SO ORDERED.

Dated:     November 9, 2011

CHIEF UNITED STATES DISTRICT JUDGE