Glenn W. Bever
466 West Tenaya Avenue
Clovis, CA  93612
(559) 478-9094



FILED

FEB 0 6 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**Magistrate Judge Sheila K. Oberto**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| Glenn W. Bever,  )  | Case No. 1:11-cv-01584-AWI-SKO |
|   Plaintiff,  )  |  |
|   vs.  )  | **REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT CAL-WESTERN RECONVEYANCE CORP.** |
| CAL-WESTERN RECONVEYANCE CORP.;  )  |  |
| CITIMORTGAGE, INC.;  )  |  |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC;  )  |  |
|   )  | [ Pursuant to Fed.R.Civ.P. 55(a)] |
|   Defendants.  )  |  |

Comes now Plaintiff and pursuant to Fed.R.Civ.P. 55(a) files Request for Clerk's Entry of

Default and so moves accordingly against Defendant Cal-Western Reconveyance Corp.

Service of process has been perfected upon this Defendant Cal-Western Reconveyance

Corp., but no ANSWER has been made within the time and manner provided by Fed.R.Civ.P. 12.

1

Respectfully submitted,

Executed by _____  Dated: February 6, 2012
Glenn W. Bever, Plaintiff Pro Per
466 West Tenaya Avenue
Clovis, CA 93612
(559) 438-7667

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon the date last written below I served a true copy of the foregoing on the following parties by U.S. first class mail:

CAL-WESTERN RECONVEYANCE CORP.;
c/o Nicole K. Neff
Wright Finlay & Zak, LLP
4665 MacArthur Court
Suite 280
Newport Beach, CA 92660

CITIMORTGAGE, INC.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC;
c/o Christopher L. Peterson
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92177

Executed by _____  Dated: February 6, 2012
Keith A. Kraemer

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | | |
|---|---|---|
| Glenn W. Bever, | ) | Case No. 1:11-cv-01584-AWI-SKO |
| Plaintiff, | ) | |
| vs. | ) | [PROPOSED] CLERK'S DEFAULT |
| | ) | |
| CAL-WESTERN RECONVEYANCE CORP.; | ) | |
| CITIMORTGAGE, INC.; | ) | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; | ) | |
| Defendants. | ) | |

It appearing that the defendant(s) herein, CAL-WESTERN RECONVEYANCE CORP. is in default for failure to ANSWER or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) CAL-WESTERN RECONVEYANCE CORP. as of course, on this date _____, _____, 2012.

CLERK OF THE COURT

By: _____

1