WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Nicole K. Neff, Esq., SBN 257964
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
rwright@wrightlegal.net

Attorneys for Defendant,
CAL-WESTERN RECONVEYANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Glenn W. Bever,<br><br>      Plaintiff,<br>vs.<br><br>CAL-WETERN RECONVEYANCE CORP.;<br><br>CITIMORTGAGE, INC.;<br><br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.;<br><br>      Defendants. | Case No.: 1:11-cv-01584-AWI-SKO<br><br>**OBJECTION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST CAL-WESTERN RECONVEYANCE CORPORATION** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:

**PLEASE TAKE NOTICE** that Defendant Cal-Western Reconveyance Corporation ("Cal-Western") hereby objects and opposes Plaintiff Glenn W. Bever's Request for Clerk's Entry of Default against Defendant Cal-Western Reconveyance Corporation on the following

-1-

1  grounds:

2  On February 6, 2012, Plaintiff filed a Request for Clerk's Entry of Default against Defendant Cal-Western Reconveyance Corp. ("Plaintiff's Request"). In Plaintiff's Request, Plaintiff asks the Court to enter default against Cal-Western based on the belief that Cal-Western has not timely filed an answer to the Complaint.

On or about September 20, 2011, Plaintiff filed his complaint in the action. In response, on or about October 14, 2011, Cal-Western responded to Plaintiff's Complaint by filing and serving a Declaration of Non-Monetary Status pursuant to Civil Code 2924l. No timely objection was received by Cal-Western or filed with the Court. Thus, pursuant to Civil Code 2924l(d), Cal-Western is "not required to participate any further in the action or proceeding, shall not be subject to any monetary awards as and for damages, attorneys' fees or costs, shall be required to respond to any discovery request as a nonparty, and shall be bound by any court order relating to the subject deed of trust that is the subject of the action or proceeding."

As a result of the above, Cal-Western should be deemed a nonparty pursuant to Civil Code 2924l and Plaintiff's Request denied as to any default against Cal-Western. Should the Court determine that Cal-Western needs to further participate in the action, Cal-Western respectfully requests that the Court order Cal-Western to file a further responsive pleading to the Complaint.

Respectfully submitted,

WRIGHT, FINLAY & ZAK, LLP

Dated: February 8, 2012       By:   /s/ Nicole K. Neff, Esq.
                                    Nicole K. Neff, Esq.
                                    Attorneys for Defendant, CAL-WESTERN
                                    RECONVEYANCE CORPORATION

**OBJECTION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST CAL-WESTERN RECONVEYANCE CORPORATION**

# **PROOF OF SERVICE**

I, Steven E. Bennett, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On February 8, 2012, I served the within **OBJECTION TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST CAL-WESTERN RECONVEYANCE CORPORATION** on all interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**Glenn W. Bever**
466 West Tenaya Avenue
Clovis, CA 93612
(559) 438-7667
*Pro Se*

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[]  (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[ ]  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 8, 2012, at Newport Beach, California.

_____
Steven E. Bennett