1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN W. BEVER, | ) NO. 1:11-CV-01584 AWI SKO |
| Plaintiff, | ) ORDER VACATING |
| | ) APRIL 23, 2012 HEARING DATE |
| v. | ) AND TAKING MATTER |
| | ) UNDER SUBMISSION |
| CAL-WESTERN RECONVEYANCE CORP., et al., | ) |
| Defendants. | ) |

Defendants' motion to dismiss has been set for hearing in this case on April 23, 2012. The court has reviewed the papers  and has determined that this matter is suitable for decision without oral argument.  See Local Rule 230(g).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 23, 2012, is VACATED, and the parties shall not appear at that time.  As of April 23, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     April 19, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE