IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,<br><br>        Plaintiff,<br><br>  v.<br><br>CAL-WESTERN RECONVEYANCE CORP.; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>        Defendants. | 1:11-CV- 1584 AWI SKO<br><br>ORDER VACATING SEPTEMBER 17, 2012 HEARING |

Defendants have noticed for hearing and decision a motion to dismiss. The matter is scheduled for hearing to be held on September 17, 2012. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than September 3, 2012. Plaintiff failed to do so. Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, she is in violation of the Local Rules and is not entitled to be heard at oral argument in opposition to the motion. See Local Rule 78-230(c). The Court has reviewed Defendants' motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 7230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 17, 2012, is VACATED, and no party shall appear at that time. As of September 17, 2012, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE