IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,<br><br>    Plaintiff,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORP.; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>    Defendants. | 1:11-CV- 1584 AWI SKO<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE A LATE RESPONSE TO THE MOTION TO DISMISS AND ALLOWING DEFENDANTS TO FILE ANY REPLY BY MARCH 26, 2013<br><br>(Document #50) |

    Defendants have filed a motion to dismiss. The motion was originally set for hearing to be held on September 17, 2012. When Plaintiff failed to file a timely opposition, on September 14, 2012, the court took the motion under submission and vacated the hearing date. <u>See</u> Local Rule 230.

    On September 14, 2012, Plaintiff filed a motion for leave to file an opposition to the motion to dismiss, along with an opposition to Defendants' motion.

    The court has reviewed the record in this action. The court finds that before ruling on the pending motion to dismiss, the court should allow Defendants to file any reply brief to Plaintiff's opposition because the court had not yet officially ruled on Plaintiff's pending motion for leave to file an opposition.

//

Accordingly, the court ORDERS:

1. Plaintiff's motion for leave to file a response to Defendants' motion to dismiss is GRANTED nunc pro tunc;
2. The Court will consider Plaintiff's opposition filed on September 14, 2012;
3. If Defendants desire, they may file any reply brief by March 26, 2013;
4. After March 26, 2013, the court will take the pending motion to dismiss under submission and issue a decision.

IT IS SO ORDERED.

Dated:   March 20, 2013

_____
SENIOR DISTRICT JUDGE