IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,              )<br>                                              )<br>          Plaintiff,               )<br>                                              )<br>     v.                                     )<br>                                              )<br>CAL-WESTER RECONVEYANCE   )<br>CORPORATION, ET AL.,       )<br>                                              )<br>          Defendants.          )<br>_____) | 1:11-CV-1584 AWI SKO<br><br>ORDER VACATING<br>MAY 15, 2013 HEARING AND<br>TAKING MATTER UNDER<br>SUBMISSION |

   Plaintiff has filed a motion to strike and a request for judicial notice. Defendants have filed an opposition. Plaintiff has set a hearing for 10:00 a.m. on May 15, 2013, in Courtroom 2, before the undersigned. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g).

   Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 15, 2013 is VACATED and the parties shall not appear at that time. As of May 15, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 14, 2013                                    _____
                                                                          SENIOR  DISTRICT  JUDGE