UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,<br><br>  Plaintiff<br><br>  v.<br><br>CAL-WESTERN RECONVEYANCE CORP., et al.,<br><br>  Defendants | CASE NO. 1:11-CV-1584 AWI SKO<br><br>ORDER ON FINDINGS AND RECOMMENDATION AND PLAINTIFF'S MOTIONS TO ALTER AND VACATE DEADLINES AND SCHEDULING ORDER<br><br>(Doc. Nos. 106, 108, 125) |

   On March 26, 2014, Plaintiff filed a motion to vacate the Scheduling Order's February 27, 2014 deadline for filing amended pleadings. See Doc. No. 106. On April 3, 2014, Plaintiff filed a motion to alter or amend the Scheduling Order. See Doc. No. 108. On May 16, 2014, the Magistrate Judge issued Findings and Recommendations ("F&R") that recommended denying both of Plaintiff's motions. See Doc. No. 125. On June 2, 2014, Plaintiff filed objections to the F&R. See Doc. No. 127.

   In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's analyses and conclusions are supported by the record and proper analysis. The Court will overrule Plaintiff's objections and adopt the F&R.[1] The issue of amending the complaint to add new parties and/or reasserting dismissed claims have been addressed and ruled

---

[1] The Court notes that in Plaintiff's objections, Plaintiff states that he did not write down dates and relied upon the Court to send him a copy of the Scheduling Order. However, the Court did send Plaintiff a copy of the order (although it was apparently not actually received) and Plaintiff does not explain why he did not contact the Court about not receiving a copy of the order. The Scheduling Conference occurred on December 5, 2013, the scheduling conference order was filed and served on December 6, 2013, and Plaintiff filed a motion to amend on February 7, 2014. Two months passed between the Scheduling Conference and Plaintiff's motion to amend, yet there is no indication that he contacted the Court regarding the failure to receive the scheduling order.

upon on the merits, and amendment will not be permitted.  This case remains stayed as to Cal-Western Reconveyance, but continues to proceed against Citi Mortgage on one claim of violation of California Civil Code § 2923.5.  Trial as to Citi Mortgage remains set for November 18, 2014, and a settlement conference between Plaintiff and Citi Mortgage remains set for June 30, 2014.  See Doc. No. 87.

Accordingly, IT IS HEREBY ORDERED that:

1. The Court ADOPTS IN FULL the Findings and Recommendations filed on May 16, 2014 (Doc No. 125); and

2. Plaintiff's motion to vacate and stay (Doc. No. 106) and motion to alter scheduling order (Doc. No. 108) are DENIED.

IT IS SO ORDERED.

Dated:   June 4, 2014

SENIOR  DISTRICT  JUDGE