# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GLENN W. BEVER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAL-WESTERN RECONVEYANCE CORP.; CITIMORTGAGE, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>　　　　Defendants. | Case No. 1:11-CV-01584-AWI-SKO<br><br>ORDER CONTINUING SETTLEMENT CONFERENCE |

Pursuant to agreement between the parties, and for good cause showing, IT IS HEREBY ORDERED that the Settlement Conference currently set for June 30, 2014 for 10:30 a.m. is continued to July 11, 2014 at 10:30 a.m before the Honorable Magistrate Judge Boone, in Courtroom 9 of the California Eastern District Court, 2500 Tulare St., Sixth Floor, Fresno, CA 93721.

IT IS SO ORDERED.

Dated:   **June 25, 2014**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE