# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAL-WESTERN RECONVEYANCE CORP., et al.,<br><br>　　　　　Defendants. | Case No. 1:11-cv-01584-AWI-SKO<br><br>ORDER VACATING SETTLEMENT CONFERENCE |

A settlement conference was scheduled to take place in this action on July 11, 2014 at 10:30 a.m. The Court's December 6, 2013 Scheduling Order ordered the parties to submit a Confidential Settlement Conference Statement at least five court days prior to the settlement conference and file a Notice of Submission of Confidential Settlement Conference Statement. (Scheduling Order 7:1-5.) To date, Defendant CitiMortgage, Inc. has not submitted their Confidential Settlement Conference Statement. Accordingly, the Court finds that the settlement conference will be neither productive nor meaningful in resolving all or part of this case.

///

///

///

///

1

Based upon the foregoing, it is HEREBY ORDERED that the settlement conference scheduled for July 11, 2014 is VACATED.

IT IS SO ORDERED.

Dated:   **July 9, 2014**

_____
UNITED STATES MAGISTRATE JUDGE