UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,<br><br>    **Plaintiff**<br><br>    v.<br><br>CAL-WESTERN RECONVEYANCE CORP., et al.,<br><br>    **Defendants** | CASE NO. 1:11-CV-1584 AWI SKO<br><br>**ORDER PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND ORDER VACATING AUGUST 18, 2014 HEARING DATE**<br><br>(Doc. No. 142) |

    Currently pending before the Court is Defendant Citi-Mortgage's motion for summary judgment. Hearing on this motion is currently set for August 18, 2014.

    On July 24, 2014, Plaintiff filed a motion for an extension of time in which to file an opposition. See Doc. No. 142. Plaintiff declares that he is recovering from a medical procedure that occurred in Texas, that the procedure is not yet complete, and that he is weak and in pain and has difficulty concentrating. See id. Plaintiff requests that the due date for his opposition be extended by 30 days. See id. Defendant has filed no response to the request.

    Having reviewed Plaintiff's motion, the Court will grant Plaintiff's request, will vacate the August 18 hearing date, and reset Defendant's motion with a new briefing schedule.

    Accordingly, IT IS HEREBY ORDERED that

    1.    Plaintiff's motion for an extension of time is GRANTED;

    2.    The August 18, 2014 hearing date is VACATED;

3. Hearing on Defendant's motion for summary judgment is reset to September 15, 2014;

4. Plaintiff's opposition to Defendant's motion for summary judgment is now due on September 2, 2014; and

5. Defendant may file a reply on or by September 9, 2014

IT IS SO ORDERED.

Dated: July 30, 2014

SENIOR DISTRICT JUDGE