UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN W. BEVER,<br><br>        Plaintiff<br><br>    v.<br><br>CAL-WESTERN RECONVEYANCE CORP., et al.,<br><br>        Defendants | CASE NO. 1:11-CV-1584 AWI SKO<br><br>ORDER VACATING PRE-TRIAL CONFERENCE AND TRIAL DATES |

    Currently pending before the Court is Defendant's motion for summary judgment. The motion is currently under submission. The pre-trial conference is currently set for October 14, 2014, and trial is set for November 18, 2014. Two criminal trials, which take precedence over civil trials, are also set for November 18, 2014.

    The pending summary judgment motion renders the October 14 pre-trial conference date unfeasible. Further, the two criminal trials set for November 18, 2014, render trial in this civil case unfeasible on that date. As a result, the Court will vacate the currently set pre-trial conference and trial dates. Once the summary judgment motion has been ruled upon, the Court will reset the pre-trial conference and trial dates, if necessary.

    Accordingly, IT IS HEREBY ORDERED that the October 14, 2014 pre-trial conference and the November 18, 2014 trial dates are VACATED.

IT IS SO ORDERED.

Dated:  October 9, 2014                                                   
                                                           SENIOR DISTRICT JUDGE